## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### GENERAL ORDER REGARDING PENDING CIVIL TRANSFERS

It is **ORDERED** that the following pending cases are transferred in light of U.S. Magistrate Judge

Kimberly C Priest Johnson succeeding U.S. Magistrate Judge Don D. Bush upon Judge Bush's

retirement:

| | |
|---|---|
| 4:12cv245 | Bender v. Fenimore, et al |
| 4:13cv435 | Ramsey v. Taco Bell Corp |
| 4:14cv35 | Burress v. Blake, et al |
| 4:14cv121 | Benson v. Tyson Foods Inc |
| 4:14cv611 | Allen V. Noah Precision, LLC |
| 4:14cv665 | Weaver v. Eli Lilly and Company |
| 4:14cv675 | Insight for Living Ministries v. Burwell, et al |
| 4:14cv718 | Stapleton v. Starr |
| 4:15cv436 | Lowe v. Texas Roadhouse, Inc |
| 4:15cv618 | AXA Technology Services America, Inc v. Ahluwalia |
| 4:16cv17 | FLST, Ltd, et al v. Explorer Pipeline Company |
| 4:16cv124 | Jackson v. Commissioner, SSA |
| 4:16cv136 | Kroll, et al v. Morrison, et al |
| 4:13cr614 | USA v. William Musgrove |
| 4:16cv240 | Shoemaker v. Commissioner, SSA |

**SIGNED** September  14  , 2016.

**FOR THE COURT:**

_Ron Clark_

_____

Ron Clark

Chief Judge